UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF JUSTICE,<br><br>        Defendant. | Civil Action No. 25-3849 (TNM) |

**JOINT STATUS REPORT**

Plaintiff, Judicial Watch, Inc. ("Plaintiff"), and Defendant, the Department of Justice (the "Department") and its component, the Office of Information Policy ("OIP") ("Defendant") (together with Plaintiff, "Parties"), by and through undersigned counsel, respectfully submit the following joint status report pursuant to the Court's December 16, 2025, Minute Order.

    1.    On November 3, 2025, Plaintiff filed its complaint pursuant to the Freedom of Information Act ("FOIA"). ECF No. 1.

    2.    On December 16, 2025, Defendant filed its answer. ECF No. 8.

    3.    On December 16, 2025, the Court ordered the Parties to meet and confer and file a Joint Status Report proposing a schedule for proceeding in this matter specifically addressing: "the status of Plaintiff's FOIA request, the anticipated number of documents responsive to Plaintiff's FOIA request, the anticipated date(s) for release of the documents requested by Plaintiff, whether a motion for an *Open America* stay is likely in this case, whether a *Vaughn* index will be required in this case, and a briefing schedule for dispositive motions, if required."

    4.    The Parties have met and conferred and report the following:

        a.    Status of Plaintiff's Request

      i. This action concerns Plaintiff's two FOIA requests seeking records of former Special Counsel Jack Smith. The first request seeks "All e-mails sent or received by Special Counsel Jack Smith between November 5, 2024 and November 13, 2024." The second request seeks communications of current or former members of the Office of Special Counsel Jack Smith sent to specific email domains for the duration of the Special Counsel's investigations.

      ii. Through counsel, OIP communicated potential ways to narrow the scope of the requests on January 12, 2026. Plaintiff responded to OIP's proposals on January 13, 2026. The Parties require additional time to continue to discuss OIP's narrowing proposals.

      iii. At this time, until the Parties' discussions are complete, Defendant cannot report an anticipated number of pages responsive to Plaintiff's request or propose a processing schedule. Defendant reserves the right to brief all relevant issues—including that the requests are overbroad and unduly burdensome—if the parties are unable to reach agreement on narrowing the requests.

b. *Open America* Stay

      i. At present and depending on the outcome of narrowing discussions with Plaintiff, Defendant does not anticipate seeking an *Open America* stay in this matter.

c. *Vaughn* Index and Dispositive Briefing

      i. Defendant believes that it is premature to set a briefing schedule or a date to provide a *Vaughn* Index.

5.  The Parties respectfully propose that they submit another joint status report in ninety days to update the Court on Defendant's response to Plaintiff's FOIA requests, and to the extent that the Parties agree on the scope and narrowing of Plaintiff's requests, Defendant will endeavor to provide an anticipated number of potentially responsive records and a processing schedule therefor.

A proposed order is attached.

Dated: January 15, 2026                Respectfully submitted,

/s/     Lauren M. Burke
LAUREN M. BURKE
D.C. Bar # 1028811
JUDICIAL WATCH, INC.
425 Third Street, SW
Suite 800
Washington, DC 20024
(202) 646-5172
Email: lburke@judicialwatch.org

*Counsel for Plaintiff*
JEANINE FERRIS PIRRO
United States Attorney

By:   /s/ Sian. Jones
SIAN JONES, D.C. Bar # 1024062
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C.  20530
(202) 252-2578
Sian.jones@usdoj.gov

*Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH,<br><br>   Plaintiff,<br><br> v.<br><br>DEPARTMENT OF JUSTICE,<br><br>   Defendant. | Civil Action No. 25-3849 (TNM) |

### [PROPOSED] ORDER

UPON CONSIDERATION of the parties' joint status report and the entire record herein, it is hereby

ORDERED that on or before April 15, 2026, the Parties shall submit another joint status report to further update the Court on Defendants' response to Plaintiff's FOIA request.

SO ORDERED:


_____         _____
Dated                    TREVOR N. MCFADDEN
                          United States District Judge